UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>                      Plaintiff,<br><br>v.<br><br>DESAROLLADORA HOMEX, et al.,<br><br>                      Defendants. | Case No. 17cv2163-JAH (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO STAY PENDING APPROVAL OF SETTLEMENT** |

Pending before the Court is the parties' joint motion to stay the above-captioned action pending the documentation and approval of the parties' settlement agreement in principle.

//
//
//
//
//
//
//
//
//

1

1 | GOOD CAUSE APPEARING, the Court **GRANTS** the parties' joint motion. The above-captioned action and all deadlines in the above-captioned action are hereby **stayed**. Counsel for the parties shall update this Court within **fourteen (14) days** of the conclusion of the related proceedings in the United States District Court for the Eastern District of New York.

**IT IS SO ORDERED**.

DATED: September 23, 2019

*[signature]*
JOHN A. HOUSTON
United States District Judge