Adam M. Apton (SBN316506)
**LEVI & KORSINSKY, LLP**
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Attorneys for Plaintiff Jose Acosta and Proposed Lead Counsel for Class*

[*Additional Counsel listed on signature block.*]

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>v.<br><br>DESARROLLADORA HOMEX, S.A.B. DE C.V. a/k/a HOMEX DEVELOPMENT CORP., GERARDO DE NICOLÁS GUTIÉRREZ, CARLOS MOCTEZUMA VELASCO, AND RAMÓN LAFARGA BÁTIZ,<br><br>DEFENDANTS. | Case No. 3:17-cv-02163-JAH-JLB<br><br>**CLASS ACTION**<br><br>**NOTICE REGARDING PROPOSED SETTLEMENT** |

**PLEASE TAKE NOTICE** Plaintiff Jose Acosta ("Acosta" or "Plaintiff"), on behalf of himself and the other members of the proposed Settlement Class,[1] submits this notice regarding a proposed settlement that concerns the claims asserted against Desarrolladora Homex, S.A.B. de C.V. a/k/a Homex Development Corp. ("Homex") in the above-

---

[1] Any terms not defined herein shall have the same meanings given to them in the Stipulation and Agreement of Settlement ("Stipulation) filed in case titled *Tames v. Desarrolladora Homex, S.A.B de C.V. et al*, No. 2:17-cv-01416-ADS-ARL (E.D.N.Y.) (the "Tames Action"). *See Tames* Action, Stipulation, ECF No. 23.

captioned litigation (the "Action").

**PLEASE TAKE FURTHER NOTICE,** that on March 14, 2017, a Class Action Complaint for Violation of the Federal Securities Laws was filed in the United States District Court for the Eastern District of New York on behalf of investors in Homex alleging violations of the Securities Exchange Act of 1934 (the "Exchange Act") and certain of its former officers. *Tames* Action, ECF No. 1. On May 15, 2017 Acosta, through his counsel, Levi & Korsinsky, LLP, filed his motion to be appointed as the lead plaintiff in the *Tames* Action pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995. *Tames* Action, ECF No. 8.

While Plaintiff's motion for appointment as lead plaintiff was pending unopposed in mid-October 2017 in the *Tames* Action, Acosta, through his counsel, started an investigation into the claims against Homex and its officers for the purpose of drafting a comprehensive complaint to preserve the claims of the Class. As a result of this investigation, on October 20, 2017, Acosta, by and through his counsel, filed the Complaint for Violation of the Federal Securities Laws to commence the above-captioned action against Homex, de Nicolás; Moctezuma; and Lafarga (the "Action"). ECF No. 1.

On February 8, 2018, the court in the *Tames* Action appointed Acosta as the Lead Plaintiff for the Class. *Tames* Action, ECF No. 14. Thereafter, on December 14, 2018, Acosta filed a Motion for Leave to Effect Alternative Service in the Action seeking to serve the defendants in the Action. ECF No. 5. In March 2019, the Court entered an order in the Action granting Acosta's Motion for Leave to Effect Alternative Service and service was promptly made upon Homex and the Individual Defendants in the Action. ECF Nos. 7-8. After service of process was completed on Homex in the Action, discussions between Homex and Plaintiff, through counsel, about a potential resolution of the claims against Homex commenced. An agreement in principle to resolve Plaintiff's and Class's claims against Homex was reached between Homex and Acosta on September 3, 2019.

On May 5, 2020, Homex and Plaintiff entered into the Stipulation to resolve the

federal securities fraud claims alleged by Plaintiff on behalf of the Class in the *Tames* Action and the Action. The Settlement provides a recovery of $300,000 in cash plus an additional $50,000 in cash for Notice and Administration Expenses to resolve this securities class action claims against Homex. This Settlement does not release any claims alleged against Gerardo de Nicolás Gutiérrez ("de Nicolás"), Carlos Moctezuma Velasco ("Moctezuma"), or Ramón Lafarga Batiz ("Lafarga) in the *Tames* Action or the Action. Stipulation, at ¶1(ii). Pursuant to the terms of the Settlement, in consideration for the benefits to Plaintiff and the Settlement Class under the Settlement, Plaintiff will file a Notice of Voluntary dismissal with prejudice as to his individual claims and without prejudice to the Settlement Class's claims against Homex in the Action upon the Settlement becoming Final. *See* Stipulation, at ¶7.

On May 15, 2020, Plaintiff filed a motion seeking preliminary approval of the Settlement in the *Tames* Action. *Tames* Action, ECF No. 24. On May 22, 2020, the court in the *Tames* Action granted Plaintiff's motion, ECF No. 25. A copy of the court's order is attached hereto as Exhibit A.

**ACCORDINGLY, PLEASE TAKE FURTHER NOTICE,** Plaintiff will notify the Court when the Settlement becomes Final by filing a notice of voluntary dismissal with prejudice of his claims with the Court or, alternatively, providing notice to the Court in the event that the Settlement with Homex does not become Final as defined in the Stipulation. *See* Stipulation, ¶1(r).

Dated: June 1, 2020

s/ Adam M. Apton
Adam M. Apton (SBN316506)
**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Fax: (202) 333-2121
Email: aapton@zlk.com
Email: amccall@zlk.com

**LEVI & KORSINSKY, LLP**
Nicholas I. Porritt (DC 457611) (NY 2798460)
Alexander A. Krot (DC 1000187) (MD)
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: nporritt@zlk.com
Email: akrot@zlk.com
*pro hac vice to be submitted*

*Attorneys for Plaintiff Jose Acosta and Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2020, I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing ("NEF") was automatically generated to the CM/ECF registrants on record. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the Court and/or the Federal Rules of Civil Procedure.

Dated:  June 1, 2020                    s/ Adam M. Apton

                                        Adam M. Apton