UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DESARROLLADORA HOMEX, S.A.B. DE C.V. a/k/a HOMEX DEVELOPMENT CORP., GERARDO DE NICOLÁS GUTIÉRREZ, CARLOS MOCTEZUMA VELASCO, AND RAMÓN LAFARGA BÁTIZ,<br><br>Defendants. | Case No.: 3:17-cv-2163-JAH-JLB<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND DISMISSING ACTION WITHOUT PREJUDICE** |

Based upon the Notice of Voluntary Dismissal, [ECF No. 22], IT IS HEREBY ORDERED:

1. The Order to Show Cause set for December 15, 2021, at 11:30 a.m. is **VACATED.**

2. The action is **DISMISSED** in its entirety **without prejudice**.

**IT IS SO ORDERED.**

DATED: December 6, 2021

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE